# Exhibit B

**From:** Chris Grassi <chrisgrassi57@gmail.com>
**Date:** August 31, 2024 at 11:35:08 AM EDT
**To:** Mayank Singh <msingh@centrelanepartners.com>, Quinn Morgan <qmorgan@centrelanepartners.com>, Pete Cornetta <pete@porchlightequity.com>, Ian Delehanty <IDelehanty@centrelanepartners.com>, btauscher@farallonbrands.com
**Cc:** Josué Gomes da Silva <gomes.josue@coteminas.com.br>, Brian Cassady <bcassady@lkeeco.com>, Rose Ruiz <rruiz@lkeeco.com>
**Subject: Chris Grassi - Resignation from Board of Directors to Keeco Inc.**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To all,

Please be advised that effective today August 31, 2024 I am officially resigning my seat from the Keeco Inc. Board of Directors.

I fully expect to be kept informed on all activity regarding my remaining stock in the company (Keeco) and will hold all officers and board members responsible for that communication.

Please send requisite paperwork as soon as possible.

Respectfully,

Chris Grassi

Chris Grassi

(917) 880-8040

The information transmitted in this message (including any attachment) is intended only for the person or persons to whom it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons other than the intended recipient is prohibited. If you have received this transmission in error, please immediately contact the sender by return e-mail and delete this e-mail and any attachments from all devices. E-mail transmissions cannot be guaranteed to be secure or without error as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain

viruses; the sender does not accept any liability for the foregoing or otherwise arising out of any e-mail transmission. The information contained in this message is not intended as an offer to sell or solicitation of an offer to purchase any security or investment product. PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.