**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEECO, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER GRASSI<br><br>　　　　　Defendant. | Case No.: 1:24-cv-07432<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keeco, LLC hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Christopher Grassi.

Dated: November 1, 2024

Respectfully submitted,

*/s/* Curtis L. Tuggle
Curtis L. Tuggle NY - 5149141
Richard A. De Palma NY - 2469914
**THOMPSON HINE LLP**
300 Madison Avenue, 27th Floor
New York, New York 10017-4611
T: 212-344-5680 / F: 212-344-6101
Curtis.Tuggle@Thompsonhine.com

*Counsel for Keeco, LLC*